AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

David M. McClure, Jr.,

        Petitioner,        **SUMMARY JUDGMENT IN A CIVIL CASE**

vs.

        Case Number: 2:06-1076-HMH-RSC

State of South Carolina; John Ozmint,
Commissioner, South Carolina
Department of Corrections,

        Respondents.

**Decision on the Record.** This action came before the court on the record, Honorable Henry M. Herlong, Jr., U.S. District Judge, presiding. The issues have been reviewed and a decision rendered. The Court having adopted the Report and Recommendations of Magistrate Judge Robert S. Carr,

      **IT IS ORDERED AND ADJUDGED** that Summary Judgment is granted as to the

Respondents, and the Petitioner shall take nothing on his Petition filed pursuant to

28: U.S.C.§2254.

        LARRY W. PROPES, Clerk

June 6, 2007        By s/Susan K. Sanders
                  Deputy Clerk